```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

MARY FRANCIS NORWOOD,          :

    Plaintiff,             :

vs.                            :
                             CIVIL ACTION 08-0402-M

MICHAEL J. ASTRUE,             :
Commissioner of
Social Security,               :

    Defendant.             :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Mary Francis Norwood.

DONE this 23rd day of January, 2009.

                                           s/BERT W. MILLING, JR.
                                           UNITED STATES MAGISTRATE JUDGE